*William F. Delaney* for appellants.

*Warren Bigelow, Ira L. Anderson* and *Lester B. Donahue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

CITY OF SYRACUSE, Respondent, *v.* THOMAS HOGAN et al., Appellants. (No. 2.)

*Appeal — consideration of appeal rendered unnecessary by reason of decision of another case between same parties.*

*City of Syracuse* v. *Hogan,* 201 App. Div. 874, appeal dismissed.

(Argued October 3, 1922; decided January 16, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1922, which affirmed an order of Special Term denying a motion for the settlement of issues and the trial thereof by jury.

*Thomas Hogan* for appellants.

*Frank J. Cregg, Corporation Counsel (Frank Hopkins* of counsel), for respondent.

Appeal dismissed, without costs, on ground that by reason of decision in *City of Syracuse* v. *Hogan No. 1* (234 N. Y. 457), consideration of this appeal has become unnecessary; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

CHRISTOPHER G. PARNALL, Respondent, *v.* JOHN FARSON, Appellant.

*Contract — guaranty — partnership — when junior partner liable upon contract of guaranty executed in name of partnership by authority of senior partner without his knowledge or consent.*

*Parnall* v. *Farson,* 199 App. Div. 525, affirmed.

(Argued December 13, 1922; decided January 16, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1922, which affirmed a

determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff.     The action was to recover upon the following contract of guaranty:          " Chicago, *March* 9, 1909.

" For value received we hereby guarantee prompt payment of both principal and interest of Bond No. 394, $1,000, due January 1, 1918, of the Eden (Wyo.) Irrigation & Land Co.

          " p. pro. Farson, Son & Company,
                    " H. B. PARROTT, *Cashier.*"

It is conceded that Parrott was authorized by John Farson, Sr., to sign the firm name.     The action was defended solely on the ground that John Farson, Sr., had no authority to bind the firm, or this defendant as a partner, by such a guaranty, and that the giving of the guaranty had not been ratified by the defendant.

*Simon Fleischmann, Walter H. Pollak* and *Saul S. Myers* for appellant.

*Charles R. Coulter* and *Guy C. Heater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.     Dissent: HISCOCK, Ch. J., and HOGAN, J., on the ground that evidence was improperly received of the settlement of claims held by other parties.     Absent: CRANE, J.

---

HENRIETTA R. TRACY, Respondent, *v.* GRAND CONCOURSE SERVICE Co., INC., Appellant.

FREDERICK S. TRACY, Respondent, *v.* GRAND CONCOURSE SERVICE Co., INC., Appellant.

*Bailment — liability of company engaged in renting automobiles, together with chauffeurs, for loss of baggage intrusted to chauffeur.*

*Tracy* v. *Grand Concourse Service Co., Inc.*, 199 App. Div. 348 (2 cases), affirmed.

(Argued December 14, 1922; decided January 11, 1923.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department,